IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VIRGINIA FLYNN, : No. 3:24cv64
    Plaintiff :
: (Judge Munley)
v. :
:
CITY OF SCRANTON, MAYOR :
PAIGE COGNETTI, individually, and :
LOCAL LODGE NO. 2462, THE :
INTERNATIONAL ASSOCIATION :
OF MACHINISTS AND AEROSPACE :
WORKERS, AFL-CIO, :
    Defendants :
............................................................................................................

## ORDER

**AND NOW**, to wit, this 20th day of November 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendants City of Scranton and Mayor Paige Cognetti's motion to dismiss plaintiff's amended complaint (Doc. 25) is **DENIED**;

2) Defendant Local Lodge No. 2462, the International Association of Machinists and Aerospace Workers, AFL-CIO's motion to dismiss plaintiff's amended complaint (Doc. 24) is **DENIED**;

3) Plaintiff Virginia Flynn's motion for leave to file a second amended complaint (Doc. 42) is **GRANTED**;

4) Within seven (7) days, plaintiff may file a second amended complaint consistent with the rulings in the accompanying memorandum;

5) The actions at Flynn v. City of Scranton, No. 3:24cv64 (M.D. Pa) and Flynn v. City of Scranton, No. 3:24cv1916 (M.D. Pa) are **CONSOLIDATED** at Flynn v. City of Scranton, No. 3:24cv64 (M.D. Pa); and

6) The Clerk of Court is directed to close Flynn v. City of Scranton, No. 3:24cv1916 (M.D. Pa).

Date: 11/20/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court